Circuit denied. *Stuart N. Updike* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Berge* and *W. T. Kelley* for respondent. ■

No. 1103. COMMERS *v.* UNITED STATES. April 14, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *C. E. Pew* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, Frederick Bernays Wiener* and *Paul A. Sweeney* for the United States. ■

No. 1117. MASON & DIXON LINES, INC. *v.* VIRGINIA EX REL. STATE CORPORATION COMMISSION. April 14, 1947. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *J. Ninian Beall* for petitioner. *Abram P. Staples,* Attorney General of Virginia, for respondent. ■

No. 1122. DECKER ET AL., EXECUTORS, ET AL. *v.* KANN ET AL. April 14, 1947. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *C. J. Batter* and *R. Palmer Ingram* for petitioners. *Ferdinand T. Weil* for respondents. ■

No. 1126. WEIL *v.* H. F. HAESSLER HARDWARE Co. April 14, 1947. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Emil Hersh* for petitioner. *Norton A. Torke* for respondent. ■